1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Jonathan W. Carlson
   Nevada Bar No. 10536
3    jonathan.carlson@mccormickbarstow.com
   Cheryl A. Grames
4  Nevada Bar No. 12752
     Cheryl.grames@mccormickbarstow.com
5  Stacy Norris
   Nevada Bar No. 15445
6    stacy.norris@mccormickbarstow.com
   8337 West Sunset Road, Suite 350
7  Las Vegas, Nevada 89113
   Telephone:   (702) 949-1100
8  Facsimile:   (702) 949-1101

9  Attorneys for GEICO Casualty Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OLIVER ZACARIAS-MEJIA, individually; | Case No. 2:23-cv-00053-MMD-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| GEICO CASUALTY COMPANY, a Nebraska Insurance Company, and DOES I through X, inclusive; | |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties named above, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Re: Zacarias-Mejia v. GEICO, et al.
Case No. 2:23-cv-00053-MMD-EJY

Each party will bear their own costs and attorneys' fees.

DATED this ___ day of ~~January~~ Filing, 2024

MARZOLA & RUIZ LAW GROUP PLLC

By _____
Elaine H. Marzola, Nevada Bar No. 12442
Yvonne Ruiz, Nevada Bar No. 14111
2920 N. Green Valley Parkway
Bldg. 2, Suite 2019
Henderson, NV 89014
Tel. (702) 707-4878

Attorneys for Plaintiff Oliver Zacarias-Mejia

DATED this 8th day of ~~XXXXX~~ February, 2024

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By   /s/Jonathan W. Carlson
Jonathan W. Carlson, Nevada Bar No. 10536
Cheryl A. Grames, Nevada Bar No. 12752
Stacy Norris, Nevada Bar No. 15445
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for GEICO CASUALTY COMPANY

**ORDER**

**IT IS SO ORDERED.**

DATED this  8th  day of     Febrruary     , 2024

_____
UNITED STATES DISTRICT COURT JUDGE or
~~UNITED STATES MAGISTRATE JUDGE~~

9613097.1

2     Case No. 2:23-cv-00053-MMD-EJY
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET
ROAD, SUITE 350
LAS VEGAS, NV 89113